IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA f/u/o | : | |
| TYLER REFRIGERATION CORP., | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | CIVIL NO. AMD 02-186 |
| | : | |
| THE NUTMEG COS., INC., et al., | : | |
|     Defendants | : | |

...oOo...

## ORDER

The Court has been advised that the parties have agreed to stay the proceedings in this case pending arbitration. Accordingly, this Order is appropriate.

For good cause shown, therefore, the motion to dismiss, or in the alternative, to compel arbitration and stay further proceedings is DENIED AS MOOT.

This case is STAYED (subject to a review of the terms of the consent order to be submitted to the court for approval) and the Clerk shall ADMINISTRATIVELY CLOSE THIS CASE PENDING FURTHER ORDER OF THIS COURT.

SO ORDERED this 29th day of April, 2002.

The Clerk shall TRANSMIT a copy of this Order to counsel for the parties.



ANDRÉ M. DAVIS
UNITED STATES DISTRICT JUDGE

