UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| United States of America, *f.u.b.* of TYLER REFRIGERATION CORP. ) ) ) ) Plaintiff, ) ) v. ) ) THE NUTMEG COMPANIES, ) INC., *et al.*, ) ) Defendants. ) ) | Civil Action No. AMD 02 CV 186 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1), the plaintiff, Tyler Refrigeration, Inc., and the defendants, The Nutmeg Companies, Inc. and Hartford Fire Insurance Company, hereby stipulate to the dismissal of this case with prejudice, with each party to bear its own costs, expenses and legal fees. The parties have negotiated a full and final settlement of all disputed matters.

Respectfully submitted,

| | |
|---|---|
| TYLER REFRIGERATION, INC. | THE NUTMEG COMPANIES, INC. and HARTFORD FIRE INSURANCE COMPANY |
| By counsel: | By counsel: |
| /s/ | /s/ |
| Lawrence S. Jacobs  (Bar No. 02125) (signed by Richard O. Wolf with permission of Lawrence S. Jacobs) Lawrence S. Jacobs & Associates, P.C. 110 North Washington Street, Suite 400 Rockville, Maryland  20850 (301) 738-7675 E-Mail:  LSJ@lsjlaw.com | Richard O. Wolf  (Bar No. 04989) MOORE & LEE, LLP 1750 Tysons Boulevard, Suite 1450 McLean, Virginia  22102-4225 (703) 506-2050 E-Mail: r.wolf@mooreandlee.com |